✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:05-812-02 |
| Darnell Leon Brown ) | USM No: 13065-171 |
| Date of Previous Judgment: 11/30/2005 ) | James B. Loggins |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  117  months **is reduced to**  106 .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):
The new sentence is 46 months plus 60 months consecutive on Count 3 for a total sentence of 106 months.

**III. ADDITIONAL COMMENTS**

The parties are hereby notified of the right to appeal this Order within TEN (10) days from the date hereof,

Except as provided above, all provisions of the judgment dated  11/30/2005  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  June 02, 2008                                            s/ Henry F. Floyd
                                                                                       Judge's signature

Effective Date: _____
         (if different from order date)                                  Printed name and title

Print   Save As...   Export   Import   Reset